IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA A. HOLLAND, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   Civil No. 19-cv-1156-MAB[1] |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
|     Defendant. | ) ) |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner. **(Doc. 22)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of Plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will: (1) provide the claimant with the opportunity for a new hearing; (2) take any further action necessary to complete the

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  See, Docs. 8, 16.

administrative record; (3) reconsider the opinion evidence regarding claimant's physical limitations, and explain the weight given to each opinion; (4) reevaluate claimant's subjective symptoms; and (4)[sic] issue a new decision."

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner **(Doc. 22)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: August 14, 2020**

/s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**
